Filed at 10:51 AM
2-25, 2013
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:11-CR-58 (CAR) |
|---|---|---|
| v. | : | |
| LINDA WINGO | : | WAIVER OF INDICTMENT |

I, LINDA WINGO, the above-named defendant, who is accused of misprision of a felony in violation of Title 18, United States Code, Section 4, after having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  2/25/2013  , prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
LINDA WINGO
Defendant

_____
EDWARD D. TOLLEY
Counsel for Defendant

Before _____ Judicial Officer